UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:12-CV-00199

**JERALD MARION OLDHAM**                                                                                     **PLAINTIFF**

v.

**EXTENDICARE HOMES, INC.**
**d/b/a SHADY LAWN NURSING HOME**                                                  **DEFENDANT**

### ORDER AND JUDGMENT

Defendant Shady Lawn Nursing Home moved to compel arbitration pursuant to an arbitration agreement between it and Plaintiff Jerald Oldham.  (Def.'s Mot., Docket Number 9.)  The parties fully briefed the issue with appropriate responses and replies.  In a separate memorandum opinion issued in conjunction with this Order and Judgment on this date, the Court set forth the reasons as to why the motion to compel arbitration should be granted.  Therefore, having considered the matter and being fully advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that the motion to compel arbitration by Defendant Shady Lawn Nursing Home is **GRANTED**.  The claims arrested by Plaintiff Jerald Oldham in this Court are hereby **DISMSSED** and shall be resolved pursuant to the arbitration agreement.  The Clerk shall strike this action from the Court's active docket.

This is a final and appealable order and judgment and there is no just cause for delay.

1